1032

[No. 65538-8-I. Division One. October 31, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIO PETRILLI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-02373-5, Regina S. Cahan, J., entered June 4, 2010. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Grosse, J., concurred in by Leach, A.C.J., and Appelwick, J.

[No. 66190-6-I. Division One. October 31, 2011.]

SILVERHAWK, LLC, *Appellant*, v. KEYBANK NATIONAL ASSOCIATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-24650-9, Andrea A. Darvas, J., entered October 8, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Spearman, JJ. Now published at 165 Wn. App. 258.

[No. 66932-0-I. Division One. October 31, 2011.]

COASTAL CONSTRUCTION GROUP, INC., ET AL., *Respondents*, v. STELLAR J CORPORATION ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Lewis County, No. 06-2-00913-2, Nelson E. Hunt, J., entered February 26, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, C.J., and Leach, J.

[No. 66961-3-I. Division One. October 31, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ANN MARIE SILVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-04620-8, Frank E. Cuthbertson, J., entered December 4, 2009. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Grosse and Lau, JJ.